1

2

3

4

5

6

7         UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9  CARLA RUTH TOBY, Personal Representative    No.
   for the Estate of GRETA CRESWELL,
10                                              SAFEWAY INC.'S NOTICE OF
                    Plaintiff,                  REMOVAL OF ACTION TO 28 U.S.C.§§
11                                              1332, 1441 AND 1446
       vs.
12                                              [REMOVED FROM KING COUNTY
   SAFEWAY INC., a foreign corporation,         SUPERIOR COURT CAUSE NO. 21-2-
13                                              13757-8 SEA]
                    Defendant.
14

15  TO:        Clerk, U.S. District Court, Western District of Washington at Seattle;

16  AND TO:    Plaintiff's Counsel of Record.

17         Defendant Safeway Inc. hereby removes to this Court the state court action described below

18  on the grounds stated herein, and as supported by the Declaration of Kimberly A. Reppart and the

19  exhibits attached thereto.

20                 **I. INTRODUCTION & STATEMENT OF FACTS**

21         On October 18, 2021, Plaintiff served defendant Safeway Inc. with a lawsuit captioned in

22  King County Superior Court entitled *Carla Ruth Toby, Personal Representative for the Estate of*

23  *Greta Creswell v. Safeway Inc.*, <u>Declaration of Kimberly A. Reppart</u>, Exs. 1 and 2.

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION
TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 1
CAUSE NO.

3095582 / 824.0101

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is being filed "…within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." 28 U.S.C. § 1446(b)(1).  Plaintiff is claiming more than $75,000 in damages, as confirmed by 01/09/2019 Optum lien correspondence confirming $204,108.68 in alleged medical specials.  Reppart Decl., Ex. 4.

Plaintiff is a resident of the State of Washington.  Reppart Decl., Ex. 2.  Safeway Inc. is a Delaware corporation with headquarters located in Pleasanton, California.  Reppart Decl., Ex. 3.

## II. BASES FOR REMOVAL

### A.     There is Complete Diversity of Citizenship under 28 USC § 1332.

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1) and (a)(3), and this action is one that can be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

The Plaintiff is a resident of Washington State.  Reppart Decl., Ex. 2.  Defendant Safeway Inc. is a Delaware corporation with headquarters located in Pleasanton, California.  Reppart Decl., Ex. 3.  Removal of the Plaintiff's action to this Court is proper because there is complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332, and there was complete diversity at the time Plaintiff's lawsuit was served.

### B.     The Amount in Controversy Exceeds the Jurisdictional Minimum.

Plaintiff is claiming more than $75,000 in damages, as confirmed by 01/09/2019 Optum lien correspondence confirming $204,108.68 in alleged medical specials.  Reppart Decl., Ex. 4.

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION
TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 2
CAUSE NO.

3095582 / 824.0101

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1   This information is sufficient to conclude that plaintiff seeks to recover in excess of $75,000 in

2   damages against Defendant.

3   **C.**   **This Notice of Removal is Timely Under 28 USC § 1446(b).**

4   This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is being filed

5   "…within thirty days after receipt by the defendant, through service or otherwise, of a copy of the

6   initial pleading setting forth the claim for relief upon which such action or proceeding is based..."

7   28 U.S.C. § 1446(b)(1).

8   **D.**   **This Notice of Removal Complies with the Applicable Local Rules, and Venue Is Proper in the Western District of Washington under 28 U.S.C. § 128(b).**

9

10   This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and

11   Local Rules.  Defendant has attached to the Declaration of Kimberly Reppart, filed in support of

12   this Notice, copies of all process, pleadings, and orders served upon it in the state court action, as

13   required by 28 U.S.C. § 1446.  Venue is proper in this District pursuant to 28 U.S.C. §§ 128(b)

14   and 1391, because this District encompasses King County, the county listed in the state court

15   complaint served on Defendant.

16   Defendant is serving Plaintiff with copies of this Notice of Removal and the supporting

17   Declaration of Kimberly Reppart (with exhibits).

18   **III.**   **CONCLUSION**

19   Plaintiff's civil action, originally venued in King County Superior Court for the State of

20   Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District

21   Court for the Western District of Washington at Seattle.

22   //

23   //

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION
TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 3
CAUSE NO.

3095582 / 824.0101

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1

Dated this 12th day of November, 2021.

2

FORSBERG & UMLAUF, P.S.

3

4

_____
Kimberly A. Reppart, WSBA #30643

5

901 Fifth Avenue, Suite 1400
Seattle, WA  98164

6

Tel: 206-689-8500
Facsimile: 206-689-8501

7

Email: kreppart@foum.law
Attorney for Defendant Safeway Inc

8

FORSBERG & UMLAUF, P.S.

9

10

11

_____
Alexandra E. Ormsby, WSBA #52677

12

901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel: 206-689-8500

13

Facsimile: 206-689-8501
Email: aormsby@foum.law

14

Attorney for Defendant Safeway Inc.

15

16

17

18

19

20

21

22

23

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION
TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 4
CAUSE NO.

3095582 / 824.0101

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX