1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CARLA RUTH TOBY, Personal Representative for the Estate of GRETA CRESWELL, Plaintiff, vs. SAFEWAY INC., a foreign corporation, Defendant. | No. SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT |
|---|---|

15
**RULE 7.1 DISCLOSURE STATEMENT**

16 Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC,
17 which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns
18 10% or more of Safeway's stock.

19 //
20 //
21 //
22 //
23 //

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 1
CAUSE NO.

3096668 / 824.0101

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1    DATED this 12th day of November, 2021.

2                                           FORSBERG & UMLAUF, P.S.

3

4                                           _____
                                            Kimberly A. Reppart, WSBA #30643
5                                           901 Fifth Avenue, Suite 1400
                                            Seattle, WA  98164
6                                           Tel: 206-689-8500
                                            Facsimile: 206-689-8501
7                                           Email: kreppart@foum.law
                                            Attorney for Defendant Safeway Inc
8
                                            FORSBERG & UMLAUF, P.S.
9

10

11                                          _____
                                            Alexandra E. Ormsby, WSBA #52677
12                                          901 Fifth Avenue, Suite 1400
                                            Seattle, WA  98164
13                                          Tel: 206-689-8500
                                            Facsimile: 206-689-8501
14                                          Email: aormsby@foum.law
                                            Attorney for Defendant Safeway Inc

15

16

17

18

19

20

21

22

23

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 2
CAUSE NO.

3096668 / 824.0101

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX